# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 23-01057 |
| **Originating No. & Caption** | 1:22-cv-00169, Nur v. Unknown CBP Officers, et al. |
| **Originating Court/Agency** | Eastern District of Virginia, Alexandria |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C § 1291 | |
| Time allowed for filing in Court of Appeals | 60 days | |
| Date of entry of order or judgment appealed | November 8, 2022 | |
| Date notice of appeal or petition for review filed | January 13, 2023 | |
| If cross appeal, date first appeal filed | n/a | |
| Date of filing any post-judgment motion | n/a | |
| Date order entered disposing of any post-judgment motion | n/a | |
| Date of filing any motion to extend appeal period | n/a | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ● Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ● No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ⦿ Yes | ○ No |
| Has transcript been filed in district court? | ⦿ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | n/a | |
| Case number of any pending appeal in same case | n/a | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ○ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ○ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ○ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Mr. Nur filed suit against Chris Magnus, Commissioner, U.S. Customs and Border Protection, and Christopher Wray, Director, Federal Bureau of Investigations, in their official capacity only, for violations of the Fourth and Fifth Amendment of the US Constitution, and the Administrative Procedure Act. Nur is a naturalized citizen from Somalia who, despite never being charged or convicted of a crime, was placed on the federal terrorist watchlist. As a result of his placement on the watchlist, Nur had his electronic devices illegally seized every time he traveled to the United States. Shortly after the filing of this lawsuit, Nur stopped having these travel issues. The district court granted the Government's motion to dismiss for lack of jurisdiction. |

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| I. Whether the district court erred by improperly relying on an ex parte declaration to grant the Government's motion to dismiss.<br><br>II. Whether the voluntary cessation exception to mootness applies to the case.<br><br>III. Whether, even if the voluntary cessation exception does not apply, Nur nonetheless has standing to pursue his claims. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Chris Magnus, Commissioner, US Customs and Border Protection<br>Attorney: Alexander N. Ely, Trial Attorney<br>Address: U.S. Department of Justice, Civil Division, Federal Programs Branch<br>1100 L St. NW, Washington, DC 20005<br><br>E-mail: alexander.n.ely@usdoj.gov<br><br>Phone: 2029935177 | Adverse Party: Christopher Wray, Director, Federal Bureau of Investigation<br>Attorney: Alexander N. Ely, Trial Attorney<br>Address: U.S. Department of Justice, Civil Division, Federal Programs Branch<br>1100 L St. NW, Washington, DC 20005<br><br>E-mail: alexander.n.ely@usdoj.gov<br><br>Phone: 2029935177 |
| **Adverse Parties (continued)** ||
| Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Abdulkadir Nur<br><br>Attorney: Gadeir Abbas<br>Address: CAIR Legal Defense Fund<br>453 New Jersey Ave SE<br>Washington, DC 20003<br><br>E-mail: gabbas@cair.com<br><br>Phone: 2024888787 | Name: Abdulkadir Nur<br><br>Attorney: Lena Masri<br>Address: CAIR Legal Defense Fund<br>453 New Jersey Ave SE<br>Washington, DC 20003<br><br>E-mail: ldf@cair.com<br><br>Phone: 2024888787 |
| **Appellant (continued)** ||
| Name: Abdulkadir Nur<br><br>Attorney: Justin Sadowsky<br>Address: CAIR Legal Defense Fund<br>453 New Jersey Ave SE<br>Washington, DC 20003<br><br>E-mail: jsadowsky@cair.com<br><br>Phone: 2024888787 | Name: Abdulkadir Nur<br><br>Attorney: Hannah Mullen<br>Address: CAIR Legal Defense Fund<br>453 New Jersey Ave SE<br>Washington, DC 20003<br><br>E-mail: hmullen@cair.com<br><br>Phone: 2024888787 |

**Signature:** /s/ Lena Masri     **Date:** January 19, 2023

**Counsel for:** Plaintiff-Appellant

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

Signature:     Date: