# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 24, 2023

_____

RESPONSE REQUESTED

_____

No.   23-1057,    <u>Abdulkadir Nur v. Unknown CBP Officers</u>
           1:22-cv-00169-AJT-JFA

TO:    Abdulkadir Nur

RESPONSE DUE: 02/03/2023

Response is required to the motion to dismiss appeal on or before 02/03/2023.

Naeemah R. Sims, Deputy Clerk
804-916-2704