UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **ABDULKADIR NUR** Plaintiff-Appellant, v. **UNKNOWN CBP OFFICERS, ET AL,** Defendants-Appellants. | No. 23-1057 |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned appeal is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

Each party shall bear its own costs.

1

Dated: February 3, 2023                    Respectfully submitted,


                                                               BY: /s/ Lena F. Masri
Lena F. Masri (VA 93291)
lmasri@cair.com
453 New Jersey Ave., S.E.
Washington, DC 20003
Phone: (202) 742-6420
Fax: (202) 488-0833
CAIR LEGAL DEFENSE FUND
*Counsel for Appellant*

/s/ Joshua Waldman
Joshua Waldman
Attorney, Appellate Staff Civil Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-0236
Joshua.waldman@usdoj.gov
*Counsel for Appellees*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

/s/Lena Masri
Lena Masri